COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT

DIANE DENMARK,

     Plaintiff

v.                                             Civil Action No. 04-4089

LIBERTY MUTUAL ASSURANCE
COMPANY OF BOSTON, THE GENRAD,
INC. LONG TERM DISABILITY PLAN,
THROUGH TERADYNE, INC., AS
SUCCESSOR FIDUCIARY

     Defendants

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:    Civil Clerk's Office
       Suffolk County
       Superior Court Department
       U.S. Post Office & Courthouse, 8th Floor
       90 Devonshire Street
       Boston, MA 02109

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Suffolk

Superior Court has been duly filed in the U.S. District Court for the District of Massachusetts.

Attached hereto is a copy of that Notice of Removal.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON
THE GENRAD, INC. LONG TERM DISABILITY
PLAN
By their attorneys,

Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

October 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2004, a copy of the foregoing was served by first class mail on Plaintiff's counsel, Jonathan M. Feigenbaum, Philips & Angley, One Bowdoin Square, Boston, MA 02114.

Jackson Lewis LLP