UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br><br>    Defendants | Civil Action No. 04-12261-DPW |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants, Liberty Life Assurance Company of Boston[1] and The Genrad, Inc. Long Term Disability Plan, Through Teradyne, Inc., as Successor Fiduciary, respectfully request, and with the assent of the Plaintiff, that they be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Friday, November 19, 2004. As grounds for this motion, the Defendants state that additional time is needed to review the documents in this case and investigate Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., in order to adequately answer or otherwise respond to the Complaint.

On behalf of Defendants, the undersigned counsel has conferred with Jonathan Feigenbaum, counsel for Plaintiff, who has given his assent on behalf of Plaintiff.

---

[1] Incorrectly named as Liberty Mutual Assurance Company of Boston

WHEREFORE, Defendants respectfully request that they be granted an extension of time, up to and including November 19, 2004, to answer or otherwise respond to the Complaint.

                              Respectfully submitted,

                              LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY
By their attorneys,

/s/ Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

November 1, 2004                (617) 367-0025


ASSENTED TO AND AGREED TO BY:   /s/ Jonathan M. Feigenbaum_(by RWP)
                                                  Jonathan M. Feigenbaum (BBO# 546686)
                                                  Philips & Angley,
                                                  One Bowdoin Square
                                                  Boston, MA 02114.

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 1st, 2004, a copy of the foregoing was served by first class mail on Plaintiff's counsel, Jonathan M. Feigenbaum, Philips & Angley, One Bowdoin Square, Boston, MA 02114.
    .

                                                /s/ Richard W. Paterniti
                                                Jackson Lewis LLP