# PHILLIPS & ANGLEY
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

TELECOPIER (617) 227-8992

November 1, 2004

Rebecca Greenberg
Civil Clerk's Office
U.S. District Court
One Court House Way
Boston, MA 02210


Re:   Denmark
      v. Liberty Life Assurance Company of Boston et al
      No. 04-12261-DPW

Dear Ms. Greenberg:

I am in receipt of the scheduling conference order for December 10, 2004 at 2:30 pm. I have had plans to be in New Orleans that day for a wedding. Thus, I am seeking to change the date.

After conferring with defense counsel, I wish to advise that Court that we are both available for a conference on December 7, 8, 9 and 15, 2004.

Would you kindly advise if one of these dates is available.

Very truly yours,

Jonathan M. Feigenbaum

JMF/hs
cc:   Richard W. Paterniti, Esquire
L:\Denm001\greenberg.111.wpd