## PHILLIPS & ANGLEY
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

TELECOPIER (617) 227-8992

November 10, 2004

Michelle Rynne
Court Room Clerk to Judge Woodlock
U.S. District Court
One Court House Way
Boston, MA 02210

Re:   Denmark
      v. Liberty Life Assurance Company of Boston et al
      No. 04-12261-DPW

Dear Ms. Rynne:

I am in receipt of the scheduling conference order for December 10, 2004 at 2:30 pm. I have had plans to be in New Orleans that day for a wedding. Thus, I am seeking to change the date.

After conferring with defense counsel, I wish to advise that Court that we are both available for a conference on December 7, 8, 9 and 15, 2004.

I previously wrote to Rebecca Greenberg, because I incorrectly assumed that she was Judge Woodlock's court room clerk as of November 1, 2004, the date of my letter.

Would you kindly advise if one of these dates is available.

Very truly yours,

Jonathan M. Feigenbaum

JMF/hs
cc:   Richard W. Paterniti, Esquire
L:\Denm001\rynne.111.wpd