# Commonwealth of Massachusetts

SUFFOLK, ss.                                          SUPERIOR COURT DEPARTMENT
                                                      OF THE TRIAL COURT
                                                      CIVIL ACTION



                                                      No. 04-4089

_____Diane Denmark_____, Plaintiff(s)

v.

Liberty Life Assurance Company of Boston
The Genrad, Inc., Long Term Disability Plan,
Through Teradyne, Inc., As Successor   Defendant(s)
Fiduciary

## SUMMONS

To the above-named Defendant:  Liberty Life Assurance Company of Boston

You are hereby summoned and required to serve upon___Jonathan M. Feigenbaum, Esq___
plaintiff's attorney, whose address is  Phillips & Angley
                                        One Bowdoin Square, Boston, MA 02114  an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the___17th_____ day of
___September_____, in the year of our Lord two thousand 04_____.

                                          *Michael Joseph Donovan*
                                                      Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

October [illegible], 2004

I hereby certify and return that on 10/15/2004 at 2:20PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to [illegible], Legal, [illegible] Liberty Life Assurance Company of Boston, at [illegible] Berkeley Street, Boston, MA. Basic Service Fee [illegible], Travel [illegible], Postage and Handling [illegible], Attest Copies [illegible] Total Charges [illegible]

Deputy Sheriff Daniel Murray

Deputy Sheriff

**N.B. TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| , 200 . |
|---|

0402284

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-4089

Diane Denmark, Plff(s).

v.

Liberty Life Assurance Company of Boston The Genrad, Inc.,Long Term Disability Plan, Through Teradyne, Inc., As Successor Fiduciary, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

<div style="text-align:center">

**PHILLIPS & ANGLEY**
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

</div>

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

TELECOPIER (617) 227-8992

*ALSO ADMITTED IN DC AND CA

November 15, 2004

Civil Clerk
United States District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Denmark v. Liberty Life Assurance Company of Boston et al.
      No. 04-12261-DPW

Dear Sir/Madam:

Enclosed you will find the original Summons to Liberty Life Assurance Company of Boston from the Suffolk Superior Court. The enclosed document was returned to me after the case was removed by the Defendants to the United States District Court for the District of Massachusetts.

Very truly yours,

Jonathan M. Feigenbaum

JMF/rtr
Enclosure
cc:   Richard W. Paterniti, Esquire
L:\LITG\Denm001\usdc.clerk.L.11.15.04.wpd