UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br><br>    Defendants | Civil Action No. 04-12261-DPW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties to the above-captioned matter have conferred and now submit this joint statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties proposed schedule is based on the fact that Liberty Life Assurance Company of Boston will produce the Administrative Record for Plaintiff that it reviewed when it decided whether Plaintiff was entitled to long-term disability benefits, as well as the relevant plan documents.

### Proposed Pretrial Schedule

### Administrative Record

| | |
|---|---|
| December 14, 2004 | Administrative Record and relevant plan documents produced to Plaintiff |
| December 30, 2004 | Deadline for Plaintiff to provide notice to Defendant if she claims that the record is incomplete or inaccurate |
| January 10, 2005 | Deadline for parties to confer to attempt to agree on record, if Plaintiff provides notice as discussed above |

| | |
|---|---|
| January 20, 2005 | Deadline to file "Agreed Upon Record" |
| February 4, 2005 | Deadline to file motions concerning any additional material the parties seek to have added to the record |
| February 21, 2005 | Deadline to file oppositions to motions to add to the record |

**Scope of Judicial Review**

| | |
|---|---|
| January 10, 2005 | Deadline for parties to confer regarding the applicable scope of judicial review |
| February 4, 2005 | Deadline to file motions regarding applicable scope of judicial review |
| February 21, 2005 | Deadline to file oppositions to motions regarding applicable scope of judicial review |

**Motions for Discovery**

| | |
|---|---|
| January 20, 2005 | Deadline for filing motions showing cause for discovery, if any party seeks any further discovery |
| February 11, 2005 | Deadline for oppositions to motions for discovery |

**Motions for Summary Judgment**

| | |
|---|---|
| April 29, 2005 | Deadline for filing summary judgment motions based on Administrative Record, if any party determines that such a motion is appropriate. |
| May 31, 2005 | Deadline for filing oppositions to summary judgment motions |
| June 15, 2005 | Deadline for filing reply brief to any opposition to motions for summary judgment |
| July 15, 2005 | Hearing and Status Conference regarding summary judgment motions and remaining pre-trial schedule, should summary judgment motion not be allowed. |

## SETTLEMENT

Plaintiff recently submitted a settlement proposal, which Defendants are in the process of evaluating.

## CERTIFICATIONS

Local Rule 16.1(D)(3) certifications will be filed by the parties under separate cover. The parties have not agreed to have a trial in front of a Magistrate Judge.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| DIANE DENMARK,<br>By her attorney, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br>By their attorney, |
| /s/ Jonathan M. Feigenbaum (by RWP)<br>Jonathan M. Feigenbaum (BBO # 546686)<br>PHILIPS & ANGLEY<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 367-8787<br><br>Dated: December 2, 2004 | /s/Richard W. Paterniti<br>Andrew C. Pickett, BBO# 549872<br>Richard W. Paterniti, BBO #645170<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025<br>paternir@jacksonlewis.com<br>Dated: December 2, 2004 |