UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE DENMARK,
    Plaintiff,

       v.                        CIVIL ACTION
                                  NO.04-12261-DPW

LIBERTY MUTUAL ASSURANCE
COMPANY OF BOSTON, ET AL.,
    Defendants.,

## SCHEDULING ORDER

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been heard on December 9, 2004, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    Court adopts Proposed pretrial schedule;

(2)    discovery is to be completed by **FEBRUARY 11, 2005**, unless shortened or enlarged by Order of this Court;

(3)    motions for summary judgment are to be filed by APRIL 29, 2005 after completion of the necessary discovery and responses are to be filed by MAY 31, 2005; reply brief filed by JUNE 15, 2005 and all filings must conform to the requirements of Local Rule 56.1;

(4)    **ELECTRONIC FILING**: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked **"Courtesy Copy - Do Not Scan"** on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served

    electronically.

(5)    A further scheduling/status conference is set for **JULY 12, 2005 AT 2:30 PM** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J.  By **JULY 5, 2005**, the parties shall file a STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters which should be addressed at the further conference.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

    Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

    By the Court,

    /s/ Michelle Rynne
DATED:    December 9, 2004    Deputy Clerk