UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br><br>    Defendants | Civil Action No. 04-12261-DPW |

**PLAINTIFF'S
MOTION TO ESTABLISH DENIAL OF BENEFITS CLAIM
BY LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON
IS SUBJECT TO THE *"DE NOVO"* STANDARD OF REVIEW
<u>WITH RULE 7.1 CERTIFICATE</u>**

    NOW COMES plaintiff Diane Denmark ("Denmark"), and moves this Court to enter an order establishing that the review of Liberty Mutual Assurance Company of Boston's denial of Denmark's long-term disability benefits will be *de novo*.

    In support of this motion, Denmark files here memorandum herewith.

### RULE 7.1 CERTIFICATION

**Plaintiff's counsel certifies that he conferred with attorneys for the defendants but could not reach an agreement on this motion as defendants contend review is otherwise.**

WHEREFORE, plaintiff requests that this motion be allowed.

|  |  |
|---|---|
|  | **DIANE DENMARK** |
|  | By Her Attorneys, |
|  | */s/ Jonathan M. Feigenbaum* |
| Date:   February 4, 2005 | _____ |
|  | Jonathan M. Feigenbaum, Esq. |
|  | B.B.O. N#546686 |
|  | Philips & Angley |
|  | One Bowdoin Square |
|  | Boston, MA 02114 |
|  | Tel. No. : (617) 367-8787 |

L:\Denm001\motion.standard.review.wpd