UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br><br>    Defendants | Civil Action No. 04-12261-DPW |

**ASSENTED TO**
**MOTION OF PLAINTIFF TO FILE SHORT REPLY TO DEFENDANT LIBERTY MUTUAL'S OPPOSITION TO MOTION OF PLAINTIFF FOR FOCUSED PRE-TRIAL DISCOVERY RELATING TO THE SCOPE OF THE ADMINISTRATRIVE RECORD**

NOW COMES the plaintiff and moves this Court to enter an order permitting the plaintiff to file a short reply memorandum to the opposition of Defendant Liberty Mutual to the Motion of Plaintiff for Focused Pre-Trial Discovery Relating to the Scope of the Administrative Record.

The plaintiff seeks leave to file this reply, because since the date that she filed her initial motion and memorandum on January 20, 2005, there have been two (2) ERISA long term disability court decisions that have issued (March 9, 2005 and March 1, 2005) that support her grounds for seeking discovery in this matter.

Richard Paterniti assented to the filing of this motion by telephone conference on March 18, 2005.

| | |
|---|---|
| DIANE DENMARK,<br>By her attorney, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br>By their attorney, |
| */S/JONATHAN M. FEIGENBAUM* | */S/ RICHARD PATERNITI ASSENTS* |
| Jonathan M. Feigenbaum (BBO # 546686)<br>PHILIPS & ANGLEY<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 367-8787 | Andrew C. Pickett, BBO# 549872<br>Richard Paterniti, BBO #645170<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

DATED: March 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date that this motion was served through the electronic filing procedure of this Court, and that through that procedure notice is sent to defendants' counsel.

*/S/JONATHAN M. FEIGENBAUM*