UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br><br>　　　　Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br><br>　　　　Defendants | Civil Action No. 04-12261-DPW |

### JOINT MOTION TO RESCHEDULE HEARING ON PENDING MOTIONS RELATING TO DISCOVERY AND SCOPE OF REVIEW

The parties in this matter jointly request that the Court reschedule the hearing on the pending Motion Relating to Discovery in this case and the Scope of Review. That hearing is currently scheduled for Thursday, March 31, 2005 at 3:00 p.m. The parties request that this hearing be rescheduled for Monday, April 4, 2005 at 3:00 p.m.

In support of this Motion, the parties state the following:

1. The hearing on the pending motions relating to discovery and scope of review was scheduled on March 28, 2005 for March 31, 2005 at 3:00 p.m. Defendants' counsel has a previously scheduled engagement at the SJC for the opening of the new courthouse and was invited to this event by Chief Justice Marshall. In addition, Defendants intend to file a Surreply Memorandum in this case in response to Plaintiff's Memorandum on the issue of discovery. The Surreply Memorandum will be necessary to clarify the record relating to the case law cited by Plaintiff in the Reply Memorandum.

2.   This Motion is filed as a Joint Motion and, therefore, both parties assent to the allowance of this Motion.

WHEREFORE, the parties respectfully request that this Court reschedule the hearing on the pending motions relating to discovery and scope of review which is currently scheduled for March 31, 2005 at 3:00 p.m. to Monday, April 4, 2005 at 3:00 p.m.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY |
| DIANE DENMARK, By her attorney, | By their attorneys, |
| /s/ Jonathan M. Feigenbaum (by RWP) | /s/Richard W. Paterniti |
| Jonathan M. Feigenbaum (BBO # 546686) PHILIPS & ANGLEY One Bowdoin Square Boston, MA 02114 (617) 367-8787 | Andrew C. Pickett, BBO# 549872 Richard W. Paterniti, BBO #645170 JACKSON LEWIS LLP 75 Park Plaza Boston, MA 02116 (617) 367-0025 paternir@jacksonlewis.com |
| Dated: March 30, 2005 | Dated: March 30, 2005 |