UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY<br><br>    Defendants | Civil Action No. 04-12261-DPW |

### ASSENTED-TO MOTION OF DEFENDANTS FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRE-TRIAL DISCOVERY

Defendants, Liberty Life Assurance Company of Boston ("Liberty Life") and The Genrad Inc. Long Term Disability Plan, through Teradyne, Inc., as Successor Fiduciary ("The Plan"), move for leave to file a sur-reply memorandum in response to Plaintiff's Reply to Defendant's Opposition to Motion of Plaintiff for Pre-Trial Discovery. In support of their motion, Defendants state as follows:

1. Plaintiff's reply memorandum contains erroneous statements of law and/or mischaracterization of case law;

2. Defendants' sur-reply memorandum may be useful to the Court in resolving Plaintiff's pending motion for pre-trial discovery;

3. Plaintiff has indicated her assent to the granting of leave for Defendants to file a sur-reply memorandum.

4.  Because the Court has ordered a hearing on Plaintiff's Motion for Discovery for April 4, 2005, the proposed sur-reply memorandum is submitted herewith for the Court's convenience.

WHEREFORE, Defendants, Liberty Life Assurance Company of Boston and The Genrad Inc. Long Term Disability Plan, through Teradyne, Inc., as Successor Fiduciary, respectfully request that their Motion for Leave to File a Sur-Reply Memorandum be allowed and that the Court accept the proposed sur-reply memorandum submitted herewith.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE GENRAD, INC. LONG TERM DISABILITY PLAN, THROUGH TERADYNE, INC., AS SUCCESSOR FIDUCIARY
By their attorney,

/s/Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO #645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025
paternir@jacksonlewis.com

Dated: April 4, 2005