UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK        )<br>    Plaintiff          )<br>                           )<br>V.                         )<br>                           )<br>LIBERTY LIFE ASSURANCE     )<br>COMPANY OF                 )<br>BOSTON                     )<br>THE GENRAD, INC. LONG TERM )<br>DISABILITY                 )<br>PLAN, THROUGH TERADYNE, INC.,  AS)<br>SUCCESSOR FIDUCIARY        ) | 04-CV-12261-DPW |

**JOINT MOTION OF THE PARTIES TO CORRECT THE NAME OF DEFENDANT FROM LIBERTY MUTUALASSURANCE COMPANY OF BOSTON**
**TO LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

Plaintiff Diane Denmark, and the Defendants, Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan, Through Teradyne, Inc., as Successor Fiduciary, jointly move this Court to enter an order to correct the name of the of the defendant Liberty Mutual Assurance Company of Boston to Liberty Life Assurance Company of Boston.

The correct name of the defendant should be Liberty Life Assurance Company of Boston.

WHEREFORE, the parties jointly move that this motion be allowed.

Respectfully Submitted:

Diane Denmark
Plaintiff

By Her Attorney
*/s/ Jonathan M. Feigenbaum*

_____

Jonathan M. Feigenbaum
BBO No. 546686
Phillips & Angley
One Bowdoin Square
Boston, MA. 02114
(617) 367-8787

Respectfully submitted:

All Defendants

By Its Attorneys

*/s/ Richard W. Paterniti (thank you JMF)*
_____
Andrew C. Pickett
BBO No. 549872
Richard W. Paterniti
BBO No. 645170
Jackson Lewis
75 Park Plaza
Boston, MA    02116
(617) 367-0025

DATED: April 20, 2005