```
        UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
```

DAVID A. BRISSON,
      Plaintiff

CIVIL ACTION NO. 03-12249-DPW

v.

CITY OF NEW BEDFORD, ET AL.,
    Defendants

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated November 10, 2005, DENYING the Plaintiff's Motion for Summary Judgment and GRANTING the Defendants' Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendants against the Plaintiff.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: November 10, 2005