UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE DENMARK,<br>    Plaintiff<br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, ET AL<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12261-DPW |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Diane Denmark, in the above captioned matter, hereby appeals to the United States Circuit Court for the First Circuit the Order and Judgment of the United States District Court, (Woodlock, J.) allowing Defendants' Motion for Summary Judgment, and denying Plaintiff's Motion for Summary Judgment and all other matters appealable as a matter of right.

Date: November 18, 2005

DIANE DENMARK

_____
Jonathan M. Feigenbaum, Esq.
B.B.O. N#546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING TO ALL PARTIES OR THEIR COUNSEL OF RECORD THIS DAY BY MAIL DELIVERY.

_____
JONATHAN M. FEIGENBAUM, ESQ.
L:\Denm002\appeal.notice.wpd