## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-12261

Diane Denmark

v.

Liberty Life Assurance Company of Boston, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 16, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/19/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12261-DPW

Denmark v. Liberty Life Assurance Company of Boston et al

Assigned to: Judge Douglas P. Woodlock
Cause: 28:1001 E.R.I.S.A.

Date Filed: 10/27/2004
Jury Demand: Plaintiff
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Diane Denmark**     represented by **Jonathan M. Feigenbaum**
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
617-367-8787
Fax: 617-227-8992
Email: jonf@phillips-angley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liberty Life Assurance Company of Boston**     represented by **Andrew C. Pickett**
Jackson, Lewis, LLP
75 Park Plaza
Boston, MA 02116
617-367-0025
Fax: 617-367-2155
Email: picketta@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard W. Paterniti**
Jackson Lewis LLP
75 Park Plaza, 4th Floor
Boston, MA 021116
617-367-0025
Fax: 617-367-2155
Email: paternir@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Genrad, Inc. Long Term Disability Plan**     represented by **Andrew C. Pickett**
(See above for address)

*as successor fiduciary*

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Richard W. Paterniti**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2004 | 1 | NOTICE OF REMOVAL from Suffolk Superior, case number 04-4089. $ 150, receipt number 59619, filed by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(Rynne, Michelle) (Entered: 10/28/2004) |
| 10/27/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Rynne, Michelle) (Entered: 10/28/2004) |
| 10/28/2004 | 2 | NOTICE of Scheduling Conference: Scheduling Conference set for 12/10/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 10/28/2004) |
| 11/01/2004 | 3 | Assented to MOTION for Extension of Time to 11/19/04 to File Answer *or Otherwise Respond to Complaint* by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 11/01/2004) |
| 11/02/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. Answer due 11/19/04. (Rynne, Michelle) (Entered: 11/02/2004) |
| 11/02/2004 | 4 | Letter/request (non-motion) from Jonathan M. Feigenbaum. (Barrette, Mark) (Entered: 11/10/2004) |
| 11/12/2004 |  | Notice Resetting Hearing. Scheduling Conference rescheduled to: 12/9/04 at 2:30. (Rynne, Michelle) (Entered: 11/12/2004) |
| 11/12/2004 | 5 | MOTION (in letter form) to Continue scheduling conference to December 7, 8,9 or 15, 2004 by Diane Denmark.(Hurley, Virginia) (Entered: 11/17/2004) |
| 11/16/2004 | 6 | SUMMONS Returned Executed Liberty Mutual Assurance Company of Boston served on 10/15/2004, answer due 11/4/2004. State Court Summons (Nici, Richard) (Entered: 11/18/2004) |
| 11/19/2004 | 7 | ANSWER to Complaint by Liberty Mutual Assurance Company of Boston.(Pickett, Andrew) (Entered: 11/19/2004) |
| 11/19/2004 | 8 | ANSWER to Complaint by The Genrad, Inc. Long Term Disability Plan. (Pickett, Andrew) (Entered: 11/19/2004) |

| 11/22/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 5 Motion to Continue. Scheduling conference set for 12/9/04 at 2:30. (Rynne, Michelle) (Entered: 11/22/2004) |
|---|---|---|
| 11/23/2004 | 9 | CERTIFICATE OF Budget and ADR Conference by Jonathan M. Feigenbaum on behalf of Diane Denmark (Nici, Richard) (Entered: 11/29/2004) |
| 12/02/2004 | 10 | JOINT STATEMENT re scheduling conference *Pursuant to Local Rule 16.1(D)*. (Paterniti, Richard) (Entered: 12/02/2004) |
| 12/02/2004 | 11 | CERTIFICATE OF CONSULTATION *Local Rule 16.1 Certification* by Richard W. Paterniti on behalf of Liberty Mutual Assurance Company of Boston. (Paterniti, Richard) (Entered: 12/02/2004) |
| 12/02/2004 | 12 | CERTIFICATE OF CONSULTATION *Local Rule 16.1 Certification* by Richard W. Paterniti on behalf of The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 12/02/2004) |
| 12/09/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 12/9/2004. Court adopts proposed pretrial schedule; summary judgment motions by 4/29/05; oppositions by 5/31/05; reply by 6/15/05; (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/09/2004) |
| 12/09/2004 | 13 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER: Status Conference set for 7/12/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 7/5/05.(Rynne, Michelle) (Entered: 12/09/2004) |
| 01/20/2005 | 14 | MOTION for Discovery *relating to scope of administrative record* by Diane Denmark.(Feigenbaum, Jonathan) (Entered: 01/20/2005) |
| 01/20/2005 | 15 | MEMORANDUM in Support re 14 MOTION for Discovery *relating to scope of administrative record* filed by Diane Denmark. (Attachments: # 1 Exhibit Exhibits A - F)(Feigenbaum, Jonathan) (Entered: 01/20/2005) |
| 01/20/2005 | 16 | Administrative Record of Diane Denmark submitted by defendant for Judicial Review Volume I & II. Volumes are bound and unscannable. (Nici, Richard) (Entered: 01/26/2005) |
| 02/04/2005 | 17 | MOTION for Order to Application of Arbitrary and Capricious Standard of Review by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan.(Paterniti, Richard) (Entered: 02/04/2005) |
| 02/04/2005 | 18 | MEMORANDUM in Support re 17 MOTION for Order to Application of Arbitrary and Capricious Standard of Review filed by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 02/04/2005) |
| 02/04/2005 | 19 | MOTION Entry of Order that review of benefits denial will be de novo. by Diane Denmark.(Feigenbaum, Jonathan) (Entered: 02/04/2005) |

| | | |
|---|---|---|
| 02/04/2005 | 20 | MEMORANDUM in Support re 19 MOTION Entry of Order that review of benefits denial will be de novo. filed by Diane Denmark. (Attachments: # 1 Exhibit A)(Feigenbaum, Jonathan) (Entered: 02/04/2005) |
| 02/04/2005 | 21 | MOTION for Extension of Time to date selected by Court. to Complete Discovery *in Clarification of Scheduling Order* by Diane Denmark. (Feigenbaum, Jonathan) (Entered: 02/04/2005) |
| 02/09/2005 | 22 | Joint MOTION for Extension of Time to extend all remaining deadlines by 30 days *Due to Settlement Discussions* by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 02/09/2005) |
| 02/10/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 22 Motion for Extension of Time for all deadlines for 30 days. (Rynne, Michelle) (Entered: 02/10/2005) |
| 02/10/2005 |  | NOTICE OF RESCHEDULING Further Scheduling/Status Conference set for 8/16/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 8/9/05.(Rynne, Michelle) Modified on 2/10/2005 (Nici, Richard). (Entered: 02/10/2005) |
| 02/10/2005 |  | Set/Reset Deadlines: Summary Judgment Motions due by 5/31/2005; oppositions due 6/30/05; reply by 7/15/05. (Rynne, Michelle) (Entered: 02/10/2005) |
| 03/11/2005 | 23 | Opposition re 14 MOTION for Discovery *relating to scope of administrative record* filed by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 03/11/2005) |
| 03/18/2005 | 24 | Assented to MOTION for Extension of Time to 3/28/05 to File Opposition to Plaintiff's Motion to Establish Denial of Benefits Claim is Subject to De Novo Standard of Review by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 03/18/2005) |
| 03/18/2005 | 25 | Opposition re 21 MOTION for Extension of Time to date selected by Court. to Complete Discovery *in Clarification of Scheduling Order* filed by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 03/18/2005) |
| 03/21/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 24 Motion for Extension of Time to 3/28/05 to File Opposition to 19 Plaintiff's Motion to Establish Denial of Benefits Claim is Subject to De Novo Standard of Review. (Rynne, Michelle) (Entered: 03/21/2005) |
| 03/22/2005 | 26 | MOTION for Leave to File *Assented to Motion of Plaintiff to File Short Reply to Defendant Liberty Mutual's Opposition to Motion of Plaintiff for Focused Pre-Trial Discovery Relating to the Scope of the Admin. Record* by Diane Denmark.(Feigenbaum, Jonathan) (Entered: 03/22/2005) |
| 03/23/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 26 |

| | | |
|---|---|---|
| | | Motion for Leave to File reply. Counsel using the Electronic Case Filing system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Rynne, Michelle) (Entered: 03/23/2005) |
| 03/23/2005 | 27 | *Plaintiff's Reply to Defendant Liberty Mutual's Opposition to Motion of Plaintiff for Focused PreTrial Discovery Relating to the Scope of the Admin. Record* by Diane Denmark. (Attachments: # 1 Exhibit Exhibits A and B)(Feigenbaum, Jonathan) Text Modified on 3/28/2005 (Rynne, Michelle). (Entered: 03/23/2005) |
| 03/28/2005 | | NOTICE of Hearing on Motion 14 MOTION for Discovery *relating to scope of administrative record*, 17 MOTION for Order to Application of Arbitrary and Capricious Standard of Review, 19 MOTION Entry of Order that review of benefits denial will be de novo., 21 MOTION for Extension of Time to date selected by Court. to Complete Discovery *in Clarification of Scheduling Order*: Motion Hearing set for 3/31/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/28/2005) |
| 03/28/2005 | | Motions terminated: 27 MOTION for Discovery *Plaintiff's Reply to Defendant Liberty Mutual's Opposition to Motion of Plaintiff for Focused PreTrial Discovery Relating to the Scope of the Admin. Record* filed by Diane Denmark,. Docketed as motion but should be reply to motion. (Rynne, Michelle) (Entered: 03/28/2005) |
| 03/28/2005 | 28 | Opposition re 19 MOTION Entry of Order that review of benefits denial will be de novo. filed by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 03/28/2005) |
| 03/30/2005 | 29 | Joint MOTION for Hearing re Notice of Hearing on Motion,, *Reschedule Hearing on Pending Motions Relating to Discovery and Scope of Review* by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan.(Paterniti, Richard) (Entered: 03/30/2005) |
| 03/30/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 29 Motion to continue motion Hearing: Motion hearing reset to 4/4/05 at 3:30 p.m. (Rynne, Michelle) (Entered: 03/30/2005) |
| 03/30/2005 | | NOTICE of Hearing on Motion 14 MOTION for Discovery *relating to scope of administrative record*, 17 MOTION for Order to Application of Arbitrary and Capricious Standard of Review, 19 MOTION Entry of Order that review of benefits denial will be de novo., 21 MOTION for Extension of Time to date selected by Court. to Complete Discovery *in Clarification of Scheduling Order*: Motion Hearing reset for 4/4/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/30/2005) |
| 04/04/2005 | 30 | Assented to MOTION for Leave to File *a Sur-Reply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Pre-Trial Discovery* by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan.(Paterniti, Richard) (Entered: 04/04/2005) |

| | | |
|---|---|---|
| 04/04/2005 | 31 | SUR-REPLY to Motion re 27 MOTION for Discovery *Plaintiff's Reply to Defendant Liberty Mutual's Opposition to Motion of Plaintiff for Focused PreTrial Discovery Relating to the Scope of the Admin. Record* filed by Liberty Mutual Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 04/04/2005) |
| 04/04/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 4/4/2005 re: 14 MOTION for Discovery *relating to scope of administrative record* ALLOWED, as stated in open court on the record; 17 MOTION for Order to Application of Arbitrary and Capricious Standard of Review DENIED without prejudice to be developed with motions for summary judgment, 19 MOTION Entry of Order that review of benefits denial will be de novo DENIED without prejudice to be developed with motions for summary judgment, 21 MOTION for Extension of Time to date selected by Court. to Complete Discovery *in Clarification of Scheduling Order* DENIED, Discovery to be turned over within 21 days, 30 Assented to MOTION for Leave to File *a Sur-Reply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Pre-Trial Discovery* MOOT. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/04/2005) |
| 04/04/2005 |  | Motions terminated: 14 MOTION for Discovery *relating to scope of administrative record* filed by Diane Denmark. See clerk note of 4/4/05. (Rynne, Michelle) (Entered: 06/22/2005) |
| 04/05/2005 | 32 | TRANSCRIPT of Hearing held on April 4, 2005 before Judge Woodlock. Court Reporter: Pamela R.Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/05/2005) |
| 04/20/2005 | 33 | Joint MOTION to Correct *the Name of Defendant from Liberty Mutual Assurance Company of Boston to Liberty Life Assurance Company of Boston* by Diane Denmark.(Feigenbaum, Jonathan) (Entered: 04/20/2005) |
| 04/20/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 33 Motion to Correct name of defendant. (Rynne, Michelle) (Entered: 04/20/2005) |
| 04/22/2005 | 34 | STIPULATION *of Confidentiality and Protective Order* by Diane Denmark, Liberty Life Assurance Company of Boston. (Paterniti, Richard) (Entered: 04/22/2005) |
| 04/25/2005 | 35 | Judge Douglas P. Woodlock : ORDER entered. STIPULATION AND ORDER(Nici, Richard) (Entered: 04/26/2005) |
| 05/11/2005 |  | EXHIBIT Copy of surveillance tape made by Miles Investigations, Inc. on November 5, 2002 by Liberty Life Assurance Company of Boston. (Elefther, Elizabeth) (Entered: 05/11/2005) |
| 05/20/2005 | 37 | DECLARATION of Jonathan M. Feigenbaum WITH EXHIBITS a, b & c by Diane Denmark. FILED UNDER SEAL (Nici, Richard) (Entered: |

Case 1:04-cv-12261-DPW    Document 64    Filed 12/19/2005    Page 8 of 10

| | | |
|---|---|---|
| | | 05/25/2005) |
| 05/20/2005 | 36 | MEMORANDUM in Support re 14 MOTION for Discovery relating to scope of administrative record filed by Diane Denmark. FILED UNDER SEAL. (Nici, Richard) (Entered: 05/24/2005) (Nici, Richard) (Entered: 05/26/2005) |
| 05/26/2005 | | Notice of correction to docket made by Court staff. Correction: Removed document from the docket & added a new entry and renumbered it from #38 to #36 corrected because: document is filed under seal and required a new docket entry. (Nici, Richard) (Entered: 05/26/2005) |
| 05/31/2005 | 38 | MOTION for Summary Judgment by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan.(Paterniti, Richard) (Entered: 05/31/2005) |
| 05/31/2005 | 39 | MEMORANDUM in Support re 38 MOTION for Summary Judgment filed by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Attachments: # 1)(Paterniti, Richard) (Entered: 05/31/2005) |
| 05/31/2005 | 40 | AFFIDAVIT of Paula McGee in Support re 38 MOTION for Summary Judgment filed by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 05/31/2005) |
| 05/31/2005 | 41 | STATEMENT of facts re 38 MOTION for Summary Judgment. (Paterniti, Richard) (Entered: 05/31/2005) |
| 05/31/2005 | 42 | Plantiff's MOTION for Summary Judgment by Diane Denmark.(Nici, Richard) (Entered: 06/02/2005) |
| 05/31/2005 | 44 | MEMORANDUM in Support re 42 MOTION for Summary Judgment filed by Diane Denmark. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 06/22/2005) |
| 06/03/2005 | 43 | Response by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan *Defendants' Opposition to Plaintiff's Motion to Supplement the Record*. (Attachments: # 1)(Paterniti, Richard) (Entered: 06/03/2005) |
| 06/22/2005 | 45 | STATEMENT of facts re 42 MOTION for Summary Judgment. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 06/22/2005) |
| 06/23/2005 | 46 | MOTION to complete record on review with Rule 7.1 certification by Diane Denmark.(Nici, Richard) (Entered: 06/23/2005) |
| 06/27/2005 | | Set/Reset Deadlines as to 38 MOTION for Summary Judgment, 42 MOTION for Summary Judgment. Responses due by 7/5/2005; Replies due by 7/18/2005. (Rynne, Michelle) (Entered: 06/27/2005) |
| 06/27/2005 | | NOTICE OF RESCHEDULING: Status Conference Reset for 8/23/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 8/16/05. Oppositions to motions for summary judgment due |

| | | |
|---|---|---|
| | | 7/5/05; replies due 7/18/05. (Rynne, Michelle) (Entered: 06/27/2005) |
| 07/05/2005 | 47 | Opposition re 42 MOTION for Summary Judgment filed by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 07/05/2005) |
| 07/05/2005 | 48 | RESPONSE to Motion re 42 MOTION for Summary Judgment *(Rule 56.1 Statement)* filed by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 07/05/2005) |
| 07/05/2005 | 49 | Defendant's MOTION to Strike portions of plantiff's 45 Statement of facts and memorandum of Law submitted in support of plantiff's Motion for Summary Judgement by Liberty Life Assurance Company of Boston. (Nici, Richard) Modified on 7/5/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 07/05/2005) |
| 07/05/2005 | 50 | Defendant's MEMORANDUM in Support re [49] MOTION to Strike 45 Statement of facts filed by Liberty Life Assurance Company of Boston. FILED UNDER SEAL (Nici, Richard) (Entered: 07/05/2005) |
| 07/06/2005 | 51 | Plantiff's MEMORANDUM in Opposition re 38 MOTION for Summary Judgment filed by Diane Denmark. (Nici, Richard) FILED UNDER SEAL (Entered: 07/06/2005) |
| 07/06/2005 | 52 | MEMORANDUM OF LAW IN SUPPORT of by Diane Denmark to [51] Memorandum in Opposition to Motion. (Nici, Richard) FILED UNDER SEAL (Entered: 07/06/2005) |
| 07/06/2005 | 53 | Plantiff's Response by Diane Denmark to 45 Statement of facts. (Nici, Richard) FILED UNDER SEAL (Entered: 07/06/2005) |
| 07/18/2005 | 54 | REPLY to Response to Motion re 38 MOTION for Summary Judgment filed by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 07/18/2005) |
| 07/18/2005 | 55 | Plaintiff's MEMORANDUM in Opposition re [49] MOTION to Strike 45 Statement of facts filed by Diane Denmark. FILED UNDER SEAL (Nici, Richard) (Entered: 07/19/2005) |
| 07/18/2005 | 56 | Plaintiff's MEMORANDUM in Support re [55] Plaintiff's opposition re [49] MOTION to Strike 45 Statement of facts filed by Diane Denmark. (Nici, Richard) Modified on 7/19/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 07/19/2005) |
| 07/18/2005 | 57 | Plaintiff's Reply Memorandum in Support of [51] Plaintiff's Opposition to 38 Defendants' Motion for Summary Judgment and in Support of 42 Her Motion for Summary Judgment) Modified on 10/18/2005 (Nici, Richard). (Entered: 07/19/2005) |
| 08/01/2005 | | NOTICE of Hearing on Motion 46 MOTION to complete record on review with Rule 7.1 certification, 38 MOTION for Summary Judgment, [49] MOTION to Strike 45 Statement of facts, 42 MOTION for Summary Judgment: Motion Hearing set for 11/2/2005 02:30 PM in |

| | | |
|---|---|---|
| | | Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 08/01/2005) |
| 08/01/2005 | | Notice Cancelling Hearing. Status conference previously set for 8/23/05 is canceled in light of the Motion hearing set for 11/2/05. (Rynne, Michelle) (Entered: 08/01/2005) |
| 10/18/2005 | | Notice of correction to docket made by Court staff. Correction: docket entry #57 corrected because: it was incorrectly noted on the docket. (Nici, Richard) (Entered: 10/18/2005) |
| 10/21/2005 | 58 | MOTION for Leave to File *Reference to Supplemental Authority in a Circuit Court Opinion Released After the Reply Date of July 18, 2005 with Rule 7.1 Certification* by Diane Denmark.(Feigenbaum, Jonathan) (Entered: 10/21/2005) |
| 11/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 11/3/2005 re [49] MOTION to Strike 45 Statement of facts, 58 MOTION for Leave to File *Reference to Supplemental Authority in a Circuit Court Opinion Released After the Reply Date of July 18, 2005 with Rule 7.1 Certification*, 46 MOTION to complete record on review, 42 MOTION for Summary Judgment, 38 MOTION for Summary Judgment. Motions taken under advisement. Parties shall file supplemental pleadings by 11/4/05. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/03/2005) |
| 11/04/2005 | 59 | ADDENDUM re 38 MOTION for Summary Judgment filed by Liberty Life Assurance Company of Boston, The Genrad, Inc. Long Term Disability Plan. (Paterniti, Richard) (Entered: 11/04/2005) |
| 11/04/2005 | 60 | Supplemental MEMORANDUM in Support re 42 MOTION for Summary Judgment *Supplemental Memorandum of Plaintiff Diane Denmark as to Reasons Why Remand to Defendant Is Inappropriate* filed by Diane Denmark. (Feigenbaum, Jonathan) (Entered: 11/04/2005) |
| 11/10/2005 | 61 | Judge Douglas P. Woodlock : ORDER entered. MEMORANDUM AND ORDER GRANTING the Plaintiff's Motion to Complete the Record on Review as to Exhibits A and C, DENYING the Defendants' Motion to Strike, DENYING the Plaintiff's Motion for Summary Judgment, and GRANTING the Defendants' Motion for Summary Judgment.(Rynne, Michelle) (Entered: 11/10/2005) |
| 11/10/2005 | 62 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of Defendants against Plaintiff.(Rynne, Michelle) (Entered: 11/10/2005) |
| 11/18/2005 | 63 | NOTICE OF APPEAL by Diane Denmark.receipt #68365 $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2005. (Nici, Richard) (Entered: 11/21/2005) |