## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2877

USDC Docket Number : 04-12261-DPW

DIANE DENMARK

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL

---

### **CLERK'S SUPPLEMENTAL CERTIFICATE**

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 65 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 3, 2006.

Sarah A. Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2877

USDC Docket Number : 04-12261-DPW

DIANE DENMARK

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 65 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 3, 2006.

Sarah A. Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals